# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| BEVERLY J. ROCKETT | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-CV-0641-S-BN |
| | § | |
| ARMY AND AIR FORCE | § | |
| EXCHANGE SERVICE | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Plaintiff Beverly J. Rockett filed a Motion to Extend Time for Pro Se Plaintiff to File First Amended Complaint [ECF No. 6]. The Motion is **DENIED**. For the reasons set forth in the Findings, Conclusions, and Recommendation, the Court finds that amendment would be futile.

**SO ORDERED.**

SIGNED May 20, 2025.

_____
**UNITED STATES DISTRICT JUDGE**